UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X-

| In re: | : | |
|---|---|---|
| | : | |
| VAN CORTLANDT VILLAGE, LLC | : | Chapter 11 |
| | : | Case No.: 12-20000 |
| | : | through 12-20007 (RDD) |
| Debtor | : | (Administratively Consolidated) |

------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

I, Erica Weitz, being duly sworn, depose and say;

1. I am over the age of eighteen years, am employed in the offices of KAYE SCHOLER LLP, counsel for Van Court Realty LLC, in the above-captioned matter, and am not a party to this action.

2. On January 14, 2013, I caused to be served true and correct copies of the following document upon each of the parties on the annexed service list by regular mail:

- Notice of Entry of Order Confirming Second Amended Joint Plan of Liquidation Proposed by Van Court Reality LLC for the Debtors [D.I. 125]

.

                                          */s/ Erica Weitz*
                                          Erica Weitz

Sworn to before me this
14th day of January 2013.


*/s/ Donna Baker*
Notary Public, State of New York
No. 02SO6136677
Qualified in New York County
Commission Expires Nov. 14, 2013

# SERVICE LIST

| | |
|---|---|
| 3605 Sedgwick LLC<br>9322 Third Avenue<br>Brooklyn, NY 11209 | Approved Oil Company<br>6741 5th Avenue<br>Brooklyn, New York 11220 |
| Abraham Wolf<br>1328 East 34th Street<br>Brooklyn, NY 11210 | Colonial Management Group, LLC<br>2273 65th Street<br>Brooklyn, NY 11204 |
| David Selengut<br>1080 East 4th Street<br>Brooklyn, NY 11230 | David & Ellise Ginsberg<br>140 Harborview South<br>Lawrence, NY 11559 |
| Yossi Gross<br>1555 East 35th Street<br>Brooklyn, NY 11234 | Dr. Zev Cohen<br>15 Wesley Chapel Road<br>Suffern, NY 10901 |
| Avi Naumberg<br>196 Briarwood Crossing<br>Lawrence, NY 11559 | Aron Jungries<br>38 East 29th Street<br>New York, NY 10016 |
| David Gottlieb<br>1317 East 31st Street<br>Brooklyn, NY 11210 | Cheryl Cohen<br>22218 Hollyhock Trail<br>Boca Raton, FL 33433 |
| Advantage Wholesale Supply<br>172 Empire Boulevard<br>Brooklyn, NY 11225 | Eisenberg Family Foundation<br>1483 60th Street<br>Brooklyn, NY 11219 |
| Alba Fuel Corp.<br>2135 Williamsbridge Road<br>Bronx, NY 10461 | Combustion Consulting Services<br>P.O. Box 503<br>Babylon, NY 11702 |
| Alba Fuel Corp.<br>c/o Howard R. Vargas, Esq.<br>79 Meadowland Street<br>Delmar, NY 12054 | County Oil Company, Inc.<br>18-73 42nd Street<br>New York, NY 11105 |
| Albert Sontag, Receiver<br>2307 Eastchester Road<br>Bronx, NY 10469-5910 | Electracom Contractors<br>3281 Hull Avenue<br>Bronx, NY 10467 |
| Ellise Ginsberg<br>140 Harborview South<br>Lawrence, NY 11559 | Elmax Builders Supply Co.<br>1624 Webster Avenue<br>Bronx, NY 10457 |

| | |
|---|---|
| B.A.W.<br>3516 Nostrand Avenue<br>Brooklyn, NY 11229 | FJF Management VI Corp.<br>c/o Treetop Development, LLC<br>550 Broad Street, Suite 1212<br>Newark, NJ 07102 |
| Bertram Herman, P.C.<br>P.O. Box 672<br>Mount Kisco, NY 10549 | GC Realty Advisors LLC<br>2255 Glades Rd<br>Suite 324 A<br>Boca Raton, FL 33431 |
| Castle Oil Corporation<br>440 Mamaroneck Avenue<br>Harrison, NY 10528 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Chayim Kirschenbaum<br>P.O. Box 3131<br>Teaneck, NJ 07666 | Koss & Schonfeld LLP<br>500 5th Avenue, 45th Floor<br>New York, NY 10110 |
| Chaya Selengut<br>1080 East 4th<br>Brooklyn, NY 11230 | Roman Gutgart<br>545 Neptune Avenue<br>Brooklyn, NY 11224 |
| City of New York<br>NYC Law Department<br>100 Church Street<br>New York, NY 10007 | Mark J. Schwartz<br>P.O. Box 190727<br>Brooklyn, NY 11219 |
| Max Gottlieb<br>30 Milden Ave<br>Staten Island, NY 10301 | Battery Investors LLC<br>26 Deerwood<br>Suffern, NY 10901 |
| Malka Singer<br>5614 15th Ave Apt. 5<br>Brooklyn, NY 11219 | Peshi & Associates LLC<br>1161 East 21st Street<br>Brooklyn, NY 11210 |
| Mohan Welding & Boiler Repair Corp.<br>95-11 75th Street<br>Ozone Park, NY 11416 | Zev Cohen<br>15 Wesley Chapel Road<br>Brooklyn, New York 11219 |
| Neil D. Rischall, CPA<br>2294 Nostrand Avenue, Suite 1003<br>Brooklyn, NY 11210 | Sempre FJ Management II Corp.<br>c/o Treetop Development, LLC<br>550 Broad Street, Suite 1212<br>Newark, NJ 07102 |
| New Start Management II Corp.<br>c/o Treetop Development, LLC<br>550 Broad Street, Suite 1212<br>Newark, NJ 07102 | Tannor Partners Credit Fund, LP<br>Formerly Phillips Nizer LLP<br>150 Grand Street, Suite 401<br>White Plains, NY 10601 |

61044020.DOCX

| | |
|---|---|
| Novick, Edelstein, Lubell, Reisman, Wasserman & Leventhal<br>Attn: Ramona Goodman<br>733 Yonkers Avenue<br>Yonkers, NY 10704 | Star Supplies & Maintenance, Inc.<br>4403 15th Avenue, # 169<br>Brooklyn, NY 11219 |
| NY Affordable Housing Associates LLC<br>PO Box 300-625<br>Brooklyn, NY 11230 | State of New York Attorney General's Office<br>120 Broadway<br>New York, NY 10271 |
| Thiva Contracting Corp.<br>21-18 19th Street<br>Astoria, NY 11105 | Superior Maintenance<br>162 Spencer Street<br>Brooklyn, NY 11205 |
| Thomas Weiss<br>1277 East 26th Street<br>New York, NY 10016 | Jack Jaffa & Associates Corp.<br>147 Prince Street<br>Brooklyn, NY 11201 |
| NY Affordable Housing EPVI LLC<br>c/o Colonial Management<br>2273 65th Street<br>Brooklyn, NY 11204 | Joseph Gutgarts<br>601 Surf Avenue Apt 12G<br>Brooklyn, NY 11224 |
| NYC Environmental Control Board<br>c/o James Macron<br>66 John St., 10th Floor<br>New York, NY 10038 | Jeffrey Shore<br>Phillips Nizer LLP<br>666 Fifth Avenue<br>New York, NY 10103 |
| NYS Dept. of Labor<br>Unemployment Ins. Div.<br>Gov. W. Averll Harriman State Office Buil.<br>Building 12 Rm. 256<br>Albany, NY 12240 | Ultimate Boiler Treatments<br>674 Broadway<br>Cedarhurst, NY 11516 |
| NYS Dept. of Tax & Finance<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | United States of America<br>c/o U.S. Attorney<br>86 Chambers Street<br>New York, NY 10007 |
| Wagner Reporting, Inc.<br>2388 Midwood Avenue<br>Bellmore, NY 11710 | Van Court Realty LLC<br>c/o Chestnut Holdings<br>5676 Riverdale Avenue<br>Bronx, NY 10471 |

61044020.DOCX

| | |
|---|---|
| Niel Kirschenbaum<br>P.O. Box 3131<br>Teaneck, NJ 07666 | Securities and Exchange Commission<br>Room 4300<br>3 World Financial Center<br>New York, NY 10281-1022 |
| Advantage Plastics, Inc.<br>c/o Richard A. Klass<br>16 Court Street, 29th Floor<br>Brooklyn, NY 11241 | Securities and Exchange Commission<br>Office of General Counsel<br>100 F Street, N.E.<br>Washington, DC 20549-0207 |
| Castle Oil Corp.<br>c/o Jeffrey A. Reich, Esq.<br>Reich Reich, Reich, P.C.<br>235 Main Street, Suite 450<br>White Plains, NY 10601 | United States Trustee<br>271 Cadman Plaza East<br>Suite 4529<br>Brooklyn, New York 11201<br>Attn: Serene Nakano |
| County Oil Company Inc.<br>c/o Lawrence R. Reich, Esq.<br>Reich Reich, Reich, P.C.<br>235 Main Street, Suite 450<br>White Plains, NY 10601 | NY Affordable Housing Stanhope Associates LLC<br>c/o Colonial Management<br>2273 65th Street<br>Brooklyn, NY 11204 |
| Y & E Appliance<br>1319 54th Street<br>Brooklyn, NY 11219 | Mark Frankel<br>Backenroth Frankel & Krinsky, LLP<br>489 Fifth Avenue<br>28th Floor<br>New York, NY 10017 |
| Lead Investigations<br>147 Prince Street, 1st Floor<br>Brooklyn, NY 11201 | Lisa Luciano<br>106 74th Street<br>Brooklyn, NY 11209 |
| Honigs Appliance Center LLC<br>3133 Webster Ave<br>Bronx, NY 10467 | JB Pest Control, LLC<br>PO BOX 140178<br>Staten Island, 10314 |
| Tannor Partners Credit Fund, LP<br>Formerly Bertram Herman, P.C.<br>150 Grand Street, Suite 401<br>White Plains, NY 10601 | Tannor Partners Credit Fund, LP<br>Formerly Y & E Appliance<br>150 Grand Street, Suite 401<br>White Plains, NY 10601 |
| Tannor Partners Credit Fund, LP<br>Formerly Lead Investigations<br>150 Grand Street, Suite 401<br>White Plains, NY 10601 | Tannor Partners Credit Fund, LP<br>Formerly Koss & Schonfeld<br>150 Grand Street, Suite 401<br>White Plains, NY 10601 |
| Tannor Partners Credit Fund, LP<br>Formerly JB Pest Control, LLC<br>150 Grand Street, Suite 401<br>White Plains, NY 10601 | Tannor Partners Credit Fund, LP<br>Formerly Jack Jaffa Associates Corp.<br>150 Grand Street, Suite 401<br>White Plains, NY 10601 |

61044020.DOCX

| | |
|---|---|
| Tannor Partners Credit Fund, LP<br>Formerly Honigs Appliance Center LLC<br>150 Grand Street, Suite 401<br>White Plains, NY 10601 | Tannor Partners Credit Fund, LP<br>Formerly Lisa Luciano<br>150 Grand Street, Suite 401<br>White Plains, NY 10601 |
| NY Affordable Housing Assoc. LLC<br>2273 65th Street<br>Brooklyn, NY 11204 | Simon Pantierer<br>1535 North Lake Drive<br>Lakewood, NJ 08701 |
| NYC DEP<br>Bureau of Customer Services<br>59-17 Junction Blvd.<br>Flushing, New York 11373 | NYC Water Board<br>P.O. Box 371488<br>Pittsburgh, PA 15250-7488 |
| David Ginsberg<br>140 Harborview South<br>Lawrence, NY 11559 | Anshel Kaplan<br>1965 East 16th Street<br>Brooklyn, New York 11229 |
| Samuel Singer<br>5614 15th Avenue<br>Apt. #5H<br>Brooklyn, New York 11219 | Advantage Wholesale Supply<br>c/o Richard A. Klass, Esq.<br>16 Court Street, 29th Floor<br>Brooklyn, New York 11241 |
| 146 Realty LLC<br>Valentine Con LLC<br>Van Cortlandt Village LLC<br>DLR & Co LLC<br>Legget Avenue Con LLC<br>Jackson Avenue Con LLC<br>Woodycredt Con LLC<br>Ocean Construction Con LLC<br>2273 65th Street<br>Brooklyn, New York 11204 | Matthew C. Kesten, Esq.<br>Kantor, Davidoff, Wolfe, Mandelker & Kass<br>51 East 42nd Street<br>New York, NY 10017 |
| American Honda Finance Corporation<br>P.O. Box 168088<br>Irving, TX 75016 | |

61044020.DOCX